UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
IN RE NON-JUDICIAL CIVIL FORFEITURE         :
PROCEEDING REGARDING $46,324 SEIZED    :    <u>STIPULATION AND ORDER</u>
ON OR ABOUT NOVEMBER 4, 2024                    :
:    25 Misc. <u>168</u>
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about November 4, 2024, the Drug Enforcement Administration ("DEA") seized $46,324 in United States currency (the "Seized Property") from Tetiana Podakina (the "Claimant") in Brooklyn, New York;

WHEREAS, the DEA initiated an administrative forfeiture proceeding against the Seized Property, pursuant to Title 21, United States Code, Section 881, by timely sending written notice of its intent to forfeit the Seized Property to all known interested parties;

WHEREAS, on January 15, 2025, the DEA received a claim from the Claimant asserting an interest in the Seized Property;

WHEREAS, the DEA subsequently referred the matter to the United States Attorney's Office for judicial forfeiture;

WHEREAS, no other party has claimed an interest in the Seized Property;

WHEREAS, Title 18, United States Code, Section 983(a)(3)(A) provides that, "not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a Court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties";

WHEREAS, pursuant to title 18, United States Code, Section 983(a)(3), the United States was required to file a civil complaint to forfeit the Seized Property no later than April 15, 2025;

WHEREAS, the Claimant, through her counsel Tony Mirvis, Esq., has consented to a 60-day extension of the deadline for the Government to file a complaint against the Seized Property;

WHEREAS, Tony Mirvis, Esq., attorney for the Claimant, represents and warrants that he is authorized to execute this Stipulation on behalf of his client, Tetiana Podakina; and

WHEREAS, the Government requests an extension of 60 days to file a complaint from April 15, 2025 to June 14, 2025;

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

NOW, THEREFORE, IT IS HEREBY ORDERED, upon agreement of the aforementioned parties and pursuant to Title 18, United States Code, Section 983(a)(3)(A), that the time in which the Government is required to file a complaint for forfeiture of the Seized Property is extended from April 15, 2025, up to and including June 14, 2025.

AGREED AND CONSENTED TO:

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

By: _____     4/17/2025
    Tara M. La Morte                    DATE
    Assistant United States Attorney
    26 Federal Plaza, 38th Floor
    New York, NY 10278
    (212) 637-1041


TETIANA PODAKINA, Claimant


By: _____     April 15, 2025
    Tony Mirvis, Esq.
    Attorney for Claimant                DATE
    The Mirvis Law Firm
    28 Dooley Street, 3rd Floor
    Brooklyn, NY 11235
    (718) 300-1678


SO ORDERED:


_____          _____
HONORABLE                               DATE
UNITED STATES DISTRICT JUDGE