UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NON-JUDICIAL CIVIL FORFEITURE PROCEEDING REGARDING $46,324 SEIZED ON OR ABOUT NOVEMBER 4, 2024. | 25 Misc. 168 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On April 17, 2025, the parties stipulated that the Government would file a civil complaint for forfeiture by June 14, 2025. Dkt. 4. On June 16, 2025, the Court extended the deadline to August 13, 2025. Dkt. 6. No complaint has been filed in this case. The Court directs the parties to file a status update by September 3, 2025.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: August 27, 2025
       New York, New York