UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE NON-JUDICIAL CIVIL FORFEITURE
PROCEEDING REGARDING $46,324 SEIZED ON
OR ABOUT NOVEMBER 4, 2024

25 Misc. 168 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On April 17, 2025, this Court so-ordered a stipulation and order that extended the time in which the Government is required to file a complaint for forfeiture of the seized property at issue in this case from April 15, 2025, until June 14, 2025. Dkt. 4. On June 16, 2025, the Court so-ordered a stipulation extending the Government's deadline to file a complaint from June 14, 2025 to August 13, 2025. Dkt. 6. On August 27, 2025, the Court ordered the parties to file a joint status update by September 3, 2025. Dkt. 7.

No complaint or status update has been filed, and no progress has otherwise been made in this case. Accordingly, it is hereby ORDERED that the case be dismissed, without prejudice, for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: September 8, 2025
       New York, New York